## FERDIN v. STATE.
### No. 25426.

Court of Criminal Appeals of Texas.
Oct. 31, 1951.

## FLOYD v. STATE.
### No. 25488.

Court of Criminal Appeals of Texas.
Nov. 7, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for the offense of assault with intent to rape. The penalty assessed is four years in the penitentiary.

The record before us contains neither a statement of facts nor bill of exception. All proceedings appear regular and nothing is presented for review.

The judgment of the trial court is affirmed.